# United States Court of Appeals

## For the Eighth Circuit

_____

No. 14-1052

_____

Alemayehu Getachew

*Plaintiff - Appellant*

v.

West Side Transport, Inc.

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted: August 7, 2014
Filed: August 13, 2014
[Unpublished]

_____

Before MURPHY, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Alemayehu Getachew appeals after the district court[1] dismissed his civil complaint, in which Getachew raised various federal- and state-law claims related to

_____

[1] The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

his employment with West Side Transport, Inc., and his subsequent termination. Having carefully reviewed the record de novo and considered Getachew's arguments for reversal, we conclude that the district court properly dismissed the complaint for the reasons explained in the court's thorough order. Accordingly, we affirm. See 8th Cir. R. 47B.

_____